**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LARRY WAYNE JONES
ADC #70147                                                                                            PLAINTIFF

V.                                    NO: 5:08CV00195 BSM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff's claims against Defendant Arkansas Department of Correction are DISMISSED WITH PREJUDICE, and its name is removed as a party Defendant.

2.     Plaintiff's claims against Defendants Does are DISMISSED WITHOUT PREJUDICE, and their names are removed as party Defendants.

DATED this 29th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE